NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**SIEMENS INDUSTRY SOFTWARE INC.,**
*Appellant*

v.

**SYNOPSYS, INC.,**
*Appellee*

———————————

2023-1420

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-01213.

———————————

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P.  42 (b).

2        SIEMENS INDUSTRY SOFTWARE INC. v. SYNOPSYS, INC.

(2)  Each side shall bear their own costs.

FOR THE COURT

June 11, 2024
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** June 11, 2024